Julian Ari **SHULMAN**, on his own behalf and on behalf of all others similarly situated, Plaintiff–Appellant,

v.

**AMAZON.COM, INC.; et al.,**
**Defendants–Appellees.**

No. 15-35017

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 7, 2016

Joseph Haddad, JJH Law, P.C., Portland, OR, for Plaintiff–Appellant.

* *See* Fed. R. App. P. 34(a)(2). Accordingly, Shulman's request for oral argument, set forth in his reply brief, is denied.

Deidra Anneliese Nguyen, Attorney, James G. Zissler, Littler Mendelson, P.C., Seattle, WA, for Defendants–Appellees.

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Julian Ari Shulman appeals from the district court's order denying his motions for relief from final judgment in his action under the Family Medical Leave Act. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). We affirm.

The district court did not abuse its discretion in denying Shulman's motion for relief from judgment because Shulman failed to demonstrate any grounds for such relief based on his new evidence. *See* Fed. R. Civ. P. 60(b)(2); *see also Coastal Transfer Co. v. Toyota Motor Sales, U.S.A.*, 833 F.2d 208, 212 (9th Cir. 1987) (setting forth grounds for reconsideration under Rule 60(b)(2)).

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

We lack jurisdiction to review Shulman's challenges to the district court's order granting Amazon's motion to dismiss because Shulman failed to file a timely notice of appeal or a timely post-judgment tolling motion after the district court entered judgment on May 30, 2013. *See* Fed. R. App. P. 4(a)(1)(A) (notice of appeal must be filed within 30 days after entry of judg-

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

ment); *see also Whitaker v. Garcetti*, 486 F.3d 572, 585 (9th Cir. 2007).

**AFFIRMED.**